UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
KELVIN NATHANIEL RUSSELL          CASE NO. 20-10055
3290 CRISP TRAIL                  JUDGE BENJAMIN A. KAHN
MEBANE, NC  27302

   DEBTOR

SSN(1) XXX-XX-5200                DATE: 10/22/2020

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $44.49<br>INT: .00%<br>NAME ID: 2794<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 0055<br>COMMENT: 1020OR |
| AMERICAN CREDIT ACCEPTANCE LLC<br>ATTN OFFICER/BANKRUPTCY DEPT<br>961 E MAIN ST<br>SPARTANBURG, SC  29302 | $20,295.00<br>INT: 6.75%<br>NAME ID: 177190<br>CLAIM #: 0001 | (V) VEHICLE-SECURED<br><br>ACCT: 5200<br>COMMENT: 14FORD |
| AMERICAN CREDIT ACCEPTANCE LLC<br>ATTN OFFICER/BANKRUPTCY DEPT<br>961 E MAIN ST<br>SPARTANBURG, SC  29302 | $28,076.10<br>INT: .00%<br>NAME ID: 177190<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 5200<br>COMMENT: SPLIT |
| BURLINGTON RADIOLOGY ASSOCIATES<br>P O BOX 1503<br>MANITOWOC, WI  54221 | $0.00<br>INT: .00%<br>NAME ID: 180870<br>CLAIM #: 0003 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5218<br>COMMENT: |
| CARTER BANK & TRUST<br>2155 JEFFERSON DAVIS HWY<br>STAFFORD, VA  22554 | $0.00<br>INT: .00%<br>NAME ID: 158237<br>CLAIM #: 0004 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8606<br>COMMENT: |
| CONE HEALTH<br>P O BOX 650292<br>DALLAS, TX  75265 | $0.00<br>INT: .00%<br>NAME ID: 152491<br>CLAIM #: 0005 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1002<br>COMMENT: MULTIPLE ACCOUNTS |
| INSURANCE CO OF THE SOUTH -<br>NFI RECOVERY DEPT<br>P O BOX 45153<br>JACKSONVILLE, FL  32232 | $2,428.85<br>INT: .00%<br>NAME ID: 127675<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 5583<br>COMMENT: 220TFCL |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $8,268.06<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0006 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC,620A,220A |

PAGE 2 - CHAPTER 13 CASE NO. 20-10055

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $42,762.37<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: PEN<br>COMMENT: 620A,220A |
| MARINER FINANCE NORTH CAROLINA INC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $2,111.17<br>INT: .00%<br>NAME ID: 150555<br>CLAIM #: 0002 | (U) UNSECURED<br><br>ACCT: 8546<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $23.56<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 17TX<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $2,224.44<br>INT: .00%<br>NAME ID: 66723<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 7571<br>COMMENT: |
| **TOTAL:** | **$106,234.04** | |
| SHERRI LYNN HAMLETT ESQ<br>P O DRAWER 59<br>BURLINGTON, NC  27216 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/22/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice